UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES – GENERAL

Case No.:  CV 15-01353 R (RAO)                                      Date:  July 8, 2016
Title:         Robert Ismael Muriel v. Jeffrey Beard

Present:     The Honorable  **ROZELLA A. OLIVER, U.S. MAGISTRATE JUDGE**

                    Gay Roberson                                                         N/A
                    Deputy Clerk                                            Court Reporter / Recorder

        Attorneys Present for Plaintiff(s):                    Attorneys Present for Defendant(s):

                            N/A                                                                 N/A

**Proceedings:**           (In Chambers) **ORDER TO SHOW CAUSE**

        On March 4, 2016, the Court issued a Report and Recommendation, recommending that Respondent's Motion to Dismiss be granted.  On March 18, 2016, Petitioner Robert Ismael Muriel ("Petitioner") filed a Response to the Report and Recommendation, requesting a stay under *Kelly v. Small*, 315 F.3d 1063 (9th Cir. 2003), so that he may return to state court to exhaust his Petition's unexhausted claims.

        On April 14, 2016, the Court granted Petitioner's *Kelly* stay request.  In granting the stay, the Court ordered Petitioner to file a status report regarding his state habeas efforts within 30 days of the order and every 60 days thereafter.  To date, however, Petitioner has not submitted a status report of his state habeas efforts.

        IT IS THEREFORE ORDERED that Petitioner must show cause, in writing, on or before **July 29, 2016**, why this Court should not lift the *Kelly* stay and reissue its Report and Recommendation.

        **IT IS SO ORDERED.**

                                                                                                            :
                                                                    Initials of Preparer           gr