# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT ISMAEL MURIEL,<br>Petitioner,<br>v.<br>RAYMOND MADDEN, Warden,<br>Respondent. | Case No. CV 15-01353 R (RAO)<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ORDERED AND ADJUDGED that the Petition is denied, and this action is dismissed with prejudice.

DATED: April 18, 2017

MANUEL L. REAL
UNITED STATES DISTRICT JUDGE